**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | Criminal No. <u>17-20129-SHL</u> |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DANE SCHRANK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**POSITION OF THE UNITED STATES AS TO
PRE-SENTENCE REPORT**

Comes now the United States Attorney for the Western District of Tennessee by and through his duly authorized Assistant, and takes the following position regarding the pre-sentence report prepared and filed in the above styled and numbered cause:

The United States has no objections, and therefore requests no amendments or adjustments.

                                              Respectfully submitted,

                                              LAWRENCE J. LAURENZI
                                              Acting United States Attorney

                    By:    <u>/s/ Debra L. Ireland</u>
                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Debra L. Ireland, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion was forwarded by electronic means, via the Court's Electronic Filing System, to Mark Mesler, Esq., Attorney for Defendant.

This   16th   Day of August, 2017.

                                                         /s/   Debra L. Ireland
                                                        Assistant United States Attorney