

July 15, 2019

Mr. Mark Mesler
6070 Poplar Avenue, Suite 525
Memphis, TN 38119
(901) 527-9600

RE: DANE SCHRANK, PACTS #3598693-Letter of Attendance

Dear Mr. Mesler,

    This letter is to inform you of Mr. Schrank's current standing and progress in Sex Offender Treatment. Mr. Schrank began treatment in September 2017. Mr. Schrank has been attending regularly and actively participating in Sex Offender Treatment. Mr. Schrank does not have a history of missing treatment group. Mr. Shrank is in Phase IV of treatment, in last Phase.

    Mr. Shrank has developed a Cognitive Behavioral Relapse Prevention Plan. The Relapse Prevention Plan is an ongoing document written by the offender about how he plans to keep the community safe and plans to reduce the likelihood of new victims. Mr. Schrank is making good progress in Sex Offender Treatment. Mr. Schrank has positive participation and insight with his assignments and modules. Mr. Schrank's last polygraph on September 6, 2018 was Truthful.

    Given the above evidence of Mr. Schrank's regular attendance, positive insight and participation, successful overall progress in Sex Offender Treatment and a Truthful Polygraph, Mr. Schrank is at a Low Level of Risk of reoffending.

Respectfully,

*John W. Mitchell, LPC/MHSP*                  07/15/2019
_____              _____
John W. Mitchell, MS, LPC/MHSP, NBCC, QCS     Date

Counseling Resource of America
5118 Park Avue, Suite 525
Memphis, TN. 38117
901-229-8303

P. O. Box 771139   Memphis, TN. 38117   (901) 229.8303

Tennessee-Western
167 N. Main Street, 8th Floor
Memphis, TN 38103

## U.S. DEPARTMENT OF JUSTICE
## ADMINISTRATIVE OFFSET NOTICE

*For inquiries regarding debt call:* 901-544-4231

*This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.*

| DATE OF NOTICE | 11/16/2017 |
|---|---|
| ACCOUNT NUMBER | 2018A07407/001 |
| COURT NUMBER | 2:17CR20129 |
| BALANCE DUE | $5,000.00 |
| TAX ID NUMBER | XXXXXX-4886 |

Dane Schrank, 30206-076
9857 Woodland Hills Drive
Cordova, TN 38018

## NOTICE OF INTENT TO OFFSET

This office is responsible for collecting a debt you owe as a result of a judgment in favor of the United States. This debt may include additional costs, interest, penalties, and a surcharge which are not reflected in the amount shown above. A United States District Court entered a judgment against you and established the amount due. The District Court judgment is a final decision that you owe this debt to the United States.

We strongly urge you to pay this debt immediately. Make your payment payable to the Clerk of Court. Please include your court number on your payment.

If you do not pay your debt, Federal law allows agencies to refer debts to the United States Department of the Treasury for the purpose of collecting debts through the Treasury Offset Program. Under this program, the Department of the Treasury will reduce or withhold any of your eligible Federal payments (see list of federal payments eligible for offset on the back of this notice) by the amount of your debt. This "offset" process is authorized by the Debt Collection Act of 1982, as amended by the Debt Collection Improvement Act of 1996, and the Internal Revenue Code. Under these statutes, prior to referring a debt for offset, a federal agency must: (1) notify the debtor who is responsible for the debt that the agency plans to refer the debt to the Department of the Treasury for the offset of any pending federal payments; (2) determine that the debt is past-due and legally enforceable after providing the debtor at least 60 days in which to present evidence to the contrary; and (3) make reasonable efforts to collect the debt. The purpose of this notice is to meet these requirements.

To avoid referral of your debt to the Treasury Offset Program, within 60 calendar days from the date of this notice you must: (1) pay your debt in full; or (2) enter into a repayment agreement; or (3) present evidence that all or part of the criminal or

(Continued on Back)

*Please detach and enclose bottom portion with payment*

------------------------------------------------------------------------------------------------------------------------

To whom it may concern:

My name is Korey T Yoon, Director of Services at Hawaiian Pools and Landscaping. For the past eight years I have had the pleasure of being Dane Schrank's direct supervisor. In this time he has progressed from being a store sales person to the assistant director of field operations and my right hand man.

Mr. Schrank has proved himself to be trustworthy and reliable. He maintains his customer accounts, seeing to clients needs and explaining any questions or situations that may arise. Along with his own responsibilities he always takes special pride in being able to teach a skill or technique to one of his coworkers in need. Dane is constantly progressing himself while helping others to learn as well. He displays a great sense of responsibility and leadership amongst his peers.

Mr. Schrank is a valuable asset to my company and a close friend. Just in the last few years I have noticed his constant progression, making himself a better employee and a better person constantly.

Most recently Dane has helped me to establish my own personal fitness regiment.
I look forward to being a friend and coworker of this man for years to come, he has a very promising future ahead of him.

*[signature: Korey Yoon]*

7-26-19

Dear Judge Lipman,

My name is Kristie Lambert, the office Manager for Hawaiian Pools. I have been working with Dane for the past 9 years. I have seen Dane progress from a sales representative in the store, to a pool service technician managing his own route, to becoming the Assistant Manager over all the service technicians under Korey Yoon. In each position he took on, Dane performed at an exceptional level.

I remember those tough years right after his mom died suddenly one evening. I always felt for his situation. However, I have seen a noticeable rebound in Dane. Dane takes great pride in what he does here at Hawaiian Pools, as evidenced by his growth within the company. Because of my role I get calls from customers complimenting both the skill of Dane in his job, but more importantly the service orientation that he engages with his customers. He is both polite and kind in his approach to dealing with customers and associates alike.

Currently Dane is taking college courses at Vanderbilt to enable him to take over the website marketing here at Hawaiian Pools. This is truly an area that we need help in and I am excited to have Dane fill that need for us in the near future.

Dane is a strong asset for us at Hawaiian Pools and we value him as a work associate and friend. I look forward to continuing to see Dane grow within in our company. He is a good man.

Sincerely,

Kristie Lambert
Office Manager
Hawaiian Pools
1280 N Collierville-Arlington Rd
Eads, TN 38028

July 8, 2019

To whom it may concern:

     My name is Paul Hayes and I have been a manager at Hawaiian Pools and Landscape for ten years. During that time Dane Schrank has worked either directly for me or in other divisions of Hawaiian Pools. Dane has been an exemplary employee for Hawaiian Pools and has emerged as a leader in the weekly maintenance division where he now works. Dane is the lead tech for his own small crew of weekly maintenance technicians and is personally responsible for his weekly schedule of pools. Dane is very well liked and well respected by not only his coworkers but also by the customers whom he deals with regularly.

     Beyond work, I have gotten to know Dane well and watched as he matured from a teenager to a well-rounded young man. I have a lot of respect for Dane for the growth that he has demonstrated as well as for the way he has handled the various difficulties that come with life. He showed a lot of strength and resilience in dealing with the tragic loss of his mother while still in high school as well as having to deal with surgery and rehabilitation of a broken leg he suffered in a car accident. In the vein of personal growth, along with working full time hours, Dane is taking classes as well with an eye to the future. Everyone who knows Dane knows that he is positive, thoughtful, and encouraging to everyone he meets. He is kindhearted and open to a fault. Personally, when I think of Dane I think of a trustworthy man of good character who is always ready to help others. I am confident that I can speak for my coworkers as well in assaying Dane's character.

     I hope that my recommendation of good character will be taken into account during his sentencing. I know that Dane is remorseful for his actions and I highly doubt it would be anything he would repeat. Imposing a heavy sentence on a young man that is striving to better his life and his future would serve only to blunt such striving and to bruise those characteristics that make him a well-liked and well-functioning part of his community, work, and family.

Sincerely,

*[signature]*

Paul Hayes, CSP
Manager of Sales and Custom Renovations
Hawaiian Pools and Landscape, Inc.
(901) 372-5171
paul@hawaiianpools.net

July 23, 2019

Subject: Character reference

I, Keith Lovett, am writing this letter as a character reference for Dane Schrank, whom I have known over 19 years. My experiences with Dane have led me to admire his strong work ethic and sincere personality. He is highly valued, courteous and respectful.

My family went to church with him and his family for 12 years. As a young boy, he was involved in youth group activities. For the past 10-12 years, he has worked for my company, Hawaiian Pools and Landscape, which has been in business since 1964. I consider him to be one of my most valuable employees. He is frequently complimented by customers. He is always on time and willing to work after hours whenever needed. For the past 7 years, he has been an assistant manager over 12 maintenance employees. In recent years, he has led several educational classes for employees and customers. His knowledge, resourcefulness and positive attitude would be greatly missed.

I am fully aware of the charges against Dane and I hope you will take this letter into consideration. Since this has happened, Dane has been upfront and honest with me. He has become a very humble young man and taken the charges against him very serious. If you need further information, I can be reached at 901-754-7058.

Thank You,

*Keith Lovett*

Keith Lovett

Dear Judge Lipman,

We are the members of the Men's Sunday School small group called Fight Club, at Heartsong Church. We discuss the topics that men struggle with in everyday life and apply scriptural learnings that help each of us lead a more Godly journey in life.

Dane Schrank has been a regular productive member of Fight Club for the past two years. Dane has not only been an engaged member of the group but has also participated in the missions side of what we do. Most recently, he helped a few other guys create a pancake breakfast one Saturday morning for one of the groups who were camping locally. Dane has also served communion with his Dad to the congregation of Heartsong Church.

Judge Lipman, we believe that God is at work in Dane's life and our prayer is that he is able to remain a free man to allow these good works to continue.

Respectfully Submitted

The Men of Fight Club

*[Signatures:]*
Lu Raines
Ronald H. Brandon
Mark Shy
Dan Parnell
Duane Ewing
D. Balik
Frank Newlan

# Heartsong Church

July 26, 2019

RE: In Support of Dane Schrank

Judge Lipman,

I would like to recommend Dane Schrank. As Pastor at Heartsong United Methodist Church in Cordova, TN, I have known Dane for over 2½ years. In addition to pastoring to him, he regularly attends worship and has assisted in serving the sacrament of Holy Communion to the flock on several occasions. And, he has freely given his Hawaiian Pools skills to repair our baptismal pool.

Furthermore, I have witnessed his active participation in our Men's "Fight Club" Small Group, a confidential, no-holds-barred group designed to help men meaningfully engage their life challenges and spiritual growth. His involvement has supported the progress of others, as well as his own journey in Christ.

The intentionality and gifts he brings to our community supports our people and mission. I find his openness, his willingness to help others, and his cheerful attitude to be a blessing.

I'm happy to provide further information.

Sincerely,

Chris A. Eaves
Pastor, Heartsong Church
800 N. Houston Levee Rd.
Cordova, TN  38018
901.755.6332
ceaves@Heartsongchurch.net

7-25-19

Dear Judge,

My name is Josh Acroyd. I'm a close friend of Danes and I've known him for 9 years. I can say I've seen him grow as a person in many ways, from some of worst times, to some of the best times in his life. It's been almost two years since his trial and some people tend to cave in when something bad like this happens and give up not only on themselves but the people around them, but not Dane. He took it as a gate to open him up to a better life, a chance to start over and rebuild the person he was. I couldn't be happier for him.

He helps me feel a drive that I didn't have before seeing him do so well after something so tough. He's helped me in many life situations and always had an open and honest heart about everything that I've brought up to him about my life. Dane works out every morning before going to work for ten hours, which shows the drive he has to be better everyday. He's also been taking online classes five days a week for college! He feels that he's finally found something that he enjoys and would like to do for a career. In saying this, that makes me want to find something in my life that I'd like to do for the rest of it.

My point of the whole letter is that, no matter what happens in my life I'll never forget Dane and I know who he really is so nothing will influence me to think differently of him. I love him as a brother and I hope that you can see that he's not like anyone else in the same situation. He's a good person with a kind heart, and shows passion in everything he does.

Sincerely,

Josh Acroyd

*[signature]*

07/18/2019

Dear Judge,

I have known Dane Schrank for 25 years. I am his sister. I couldn't be more proud of the man he has become in the past 3 years. Watching him grow has been a privilege and I could not be any more amazed at the progress he has made. He is a very professional, kind, caring, funny and generous human being. Dane has not only become a super active member of HeartSong Church but has also joined the men's group there. He is very dedicated to personal growth now as well. When I look at him I see how much he takes care of himself compared to 2 years ago. He is clean cut and a very upstanding guy. He has so much drive now and has made so many accomplished goals. He has even taken it upon himself to start college. Almost complete with his classes to get his degree he is super ambitious. It is hard to get a hold of him on weekends because he has his nose stuck in his book! Not only has he taken on courses and studies but he also is into nutrition and going to the gym. I have been off and on again with my weight loss journey but he is always there for positive support and encouragement for me. I really look up to him.

Two months ago I was at a friend's house visiting and my vehicle would not start when I was getting ready to leave to go home. I reached out to him to see if he was still at work or studying and maybe could give me a hand. I also had contacted a friend that lived closer that was already on the way to see what they could do to help. My brother showed up worried about me to make sure I was okay right after he got off work. That same conscientious spirt he applies to his work.

Judge, my brother realizes what he has done and has shown both remorse and repentance. He has really turned his life around with and is really heading in the right direction. I am afraid that doing prison time could only serve to derail this progress. Please give him the opportunity to continue this momentum, as he really has become a proactively productive member of society.

Thank you,

Jamie Schrank

*Jamie Schrank*

History for Dane Schrank  (pre 8-25-17 initial court appearance)

- My name is Scott Schrank.  Dane is my son.
- Dane has moved around a lot since he was born, 6 different homes. (The last 4 moves took place starting at age 7 years old – 14 years of age)
- We moved here from Pittsburgh in 2006 when I began to travel a lot with my business. ( Hilton Hotels )
- Dane went to High School at Evangelical Christian School, and played on the football team. During this time he had been taking medicine for anxiety and Attention Deficit Disorder, that was causing him some troubles with his learning, but he was managing to get by at this point. We were having him tutored in a couple subjects as a result.
- During his High School years, he had a girlfriend that he met at the Church Youth Group (St. Paul United Methodist).  She was pressuring him to be more than friends.  Apparently, he had a clumsy sexual experience with her and she spread it around school, which totally embarrassed him.  It embarrassed him so much, as people were picking on him and making fun, that he left the school at the end of his Jr. year.  He finished his senior year of High School being home schooled through Gateway Christian School.
- His Mom had struggled with her drinking since 2003 and it just continued to escalate as she refused to get help.  We pretty much stayed at home as we were all uncomfortable going out anywhere due to Mom's drinking, as sometimes it would cause some embarrassing moments.
- She died suddenly one night Dec 7th 2011 at 49 from cardiac arrest. Dane saw the whole thing. She began coughing, then coughing up blood and then had a heart attack.  While Dane called 911, I performed CPR as he barked the instructions to me.  Then the paramedics arrived, they continued the process, and took her in the ambulance.  When we arrived at the hospital, they cleared out the waiting room and gave us the news.  We were all devastated.  Later that night when the investigators were interviewing me, Dane very quietly with no emotion cleaned up the blood in the kitchen from where his Mom had fallen. Dane was 17 years old.
- At first, this drew the family (Dane, Jamie, and me) together; Dane and I even went away for a week to the mountains.  However, after a couple months it became a struggle.
- I fell into a depression 2 months later, I seemed lost to my kids and myself, I  dropped 50 pounds and, was asked by my boss to see a therapist, as my depression was obvious at work.  I began to see a therapist as well as meet with my pastor on a regular basis, and the recovery process began, slow and steady.
- Later that same year after his Mom died, the only Grandparent Dane ever knew died in Dayton and with that being fresh off the heels of their Mom's death neither Dane nor his sister Jamie went to the funeral.
- I began looking for a soul mate to share the rest of my life.   A year later, I met a woman from Knoxville and we were married.  This was a struggle for both Dane and his sister, to say the least. My marrying Debbie shortly after Grandpa's death and a year after their mom's death was harder than I imagined for Dane & Jamie.  While they said they were happy for me, They were still reeling from the loss of their Mom not long ago   As time went on you could see that they were still hurting from the loss of their Mom, while their Dad was trying to move on with his life with another woman.   Everyone seemed to go in his or her own direction.  Dane & Jamie both moved out not long after.

- After about six months, Dane had a serious car crash and was forced to come home to recover, with a cracked vertebra and two broken bones in his left leg. While we were on good terms, he kept to himself and his friends and Debbie & I began building our life together. Because of my work, Debbie took care of Dane and made sure he got to all his medical appointments and physical therapy appointments.
- Right after his car wreck, his apartment was burglarized and he lost all of the closest possessions that represented his interests and hobbies. A DJ console that he used to use when hired for parties, and guitars that he learned to play himself, were his primary hobbies.
- After a few months of recovery, Dane was able to make it up the stairs to his room, where he choose to isolate himself.
- So, in such a short amount of time Dane left his school friends & football team, that he had been with since Jr. High, he lost his Mother in tragic experience, his lost Grandpa Gary, he totaled his car, was out of work, and forced to come home, he lost all his possessions to burglary and pretty much lost anything that looked like his former Dad to a stepmom he did not know or like at the time.
- I tried to get him to see a counsellor, as I knew he was depressed but he was not interested in a recommendation from me, at the time.
- Fast forward to his arrest in 2015. He was devastated and thoroughly embarrassed. He did not want me involved because he did not want me to be disappointed in him and ultimately not love him. (Whom else would he have in his life if not for me?) Therefore, he tried to handle this himself with little guidance from me.
- I wanted him to see a counsellor and so he started to see the same person that I used when his Mom died. Dane went to him for 4-5 visits and seemed a little better. He did not hit it off with the therapist so he did not go anymore. However, it opened the door up more between Dane and me and Debbie. Dane has since been seeing another therapist and he seems to be helping him navigate the grief journey from all that has happened in Danes life.
- Because of the experiences over the past 5 years we have bonded and are growing closer every day. Dane has even joined us on fishing trips.
- Dane has worked his way up to an assistant manager at Hawaiian Pools, and since his arrest, where he works 60 hours per week, is now making $13.00 after getting a $1.50 raise or a nice 13% increase. Dane has a good heart and is a great service person in his job. He is constantly getting unsolicited tips from his pool customers and numerous calls into the shop commenting on his service-oriented spirit. Pretty responsible for a young fella.
- Dane continues to take constructive steps in his life. He has recently bought an entirely new bed and mattress, a new desk for his paperwork and files, he has shaved his long beard, joined a fitness club, and changed his diet to more protein & fresh vegetables. All of this while he has been uncertain about his future due to his arrest. I think this speaks volumes to his commitment to getting back out in the world and not living in the disappointments of the past. Impressive!!
- Back in 2015, Dane was a different person then. He had just come off years of disappointment, one right after the other. He was trying to navigate the grief journey by himself. He was not making good decisions during a very depressing time in his life. However, during the course of 2017, I can see the change in Dane and I must tell you it is very refreshing to me, and I am proud of his strength during all these devastating events.

- I would think that it is important for Dane to keep his job to continue to be a productive member of society. If he were to lose it, it would be very difficult for him to find anything that could replace it, due to his sex offender status.
- Debbie and I believe we are the best possible to influence in his life. We believe that he should continue to live with us, and be around us. We have grown into a tight knit family and I think it is the best possible environment for him. I lead a men's Sunday school group called Fight Club and teach Learning Your Heartsong at Heartsong Church. I would piggyback off Dane's choice to get back into the Church, and get him to join me in these two classes.

Dane most certainly made a bad choice, during an extremely difficult time in his life. However, I am hoping and praying that this is not something that will alter the course of his life now that he is on the right road to success and is creating some very positive momentum.

### Recent History for Dane Schrank (post 8-25-17 initial court date)

- Dane has met all of his required obligations with his parole check-in.
- During his 1 year incarceration he never missed a phone check-in
- Dane always attended his counselling classes and was regularly recognized for his participation when many attendees would not participate.
- Never failed any of the 4 polygraph tests that was administered.
- Never failed a drug test
- Paid his $5000 fine and all court costs, and lawyer fees himself.
- Never even received any traffic violations since his arrest
- During Dane's 1 year of home incarceration, he began to join the Fight Club men's small group at Heartsong at the permission of his parole officer. He has attended and participated this men's group for the past 2 years.
- Dane has attended church regularly over the past 2 years and occasionally would serve communion with his dad. Since his release on 8-26-18 he has participated in 2 missions at church in conjunction with the men's small group.
- Dane has tithed his income to church for the last 1 ½ years.
- Dane has been taking classes at Vanderbilt for programing and is expected to graduate in October 2019 where he will be able to secure a job opportunity in computer programming, his passion. He has single handedly paid for his own schooling.
- In discussions with the Owner at Hawaiian pools, he is wanting Dane to take on the website management for the company once he is out of school.
- Korey Yoon, Dane's Supervisor at Hawaiian Pools, has been going through an ugly divorce. During this time Korey struggled with drugs, drinking, and threats of suicide. Dane stayed close to Korey and frequently coached him as a friend, which has helped Korey turn the corner on his destructive behavior.
- I think it is important to note that Dane chose to change for all the right reasons, not because he thought he would end up in court going through a resentence. His transformation began long before this was a possibility.

When I look at Dane's journey over the past 5 years, I am extremely proud of how he has chosen to deal with this huge challenge in his life. This is real evidence to me that not only has he turned the corner, but that the intended rehabilitation has taken place. I absolutely believe that at this point nothing is to be gained by further incarceration, only damage to all the rebuilding that has taken place. Prison time would take the job away from a productive member of society; stop the schooling that he has paid for with only 3 months left until he graduates, and reverse the positive gains that Dane has benefited from during this time. We understand that the necessity for deterrence of a crime like this is important, and I also believe that it is important to recognize the significant challenges that took place in Dane's life within a 2 ½ year period of time. I believe in my heart that Dane absolutely understands the severity of the choice he made back in 2015, and is incredibly remorseful and disappointed for the decision he made. When we were in your courtroom on 8-25-17, you were kind enough to recognize all that Dane had been through and you chose to error in favor of Dane, and I am thankful to say that investment has truly paid off.

Respectfully submitted,

*[signature]* 7-25-19

Scott Schrank